UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME L. WILSON,                         )
                                          )
                Plaintiff,                )
                                          )          C05-451C
        v.                                )          MINUTE ORDER
                                          )
                                          )
JO ANNE B. BARNHART,                      )
Commissioner of Social Security,          )
                                          )
                Defendant.                )

        This action has been reassigned to the Honorable John C. Coughenour, United
States District Court Judge. All future documents filed in this case must bear the cause
number C05-451C and bear the Judge's name in the upper right hand corner of the
document.

        It appearing from the files and records herein that this is an appropriate proceeding
to refer to a full-time United States Magistrate Judge for the purposes hereinafter set
forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by Matthews, Secretary of
HEW vs Weber, 432, US 261 (1976), now therefore,

        Pursuant to the General Order entered by the Chief Judge on October 4, 2004,
IT IS ORDERED that the above entitled action is hereby referred to the Honorable Mary
Alice Theiler, United States Magistrate Judge, who is directed and empowered to review
the administrative record, and to submit proposed findings and conclusions, and
recommended disposition. The procedure for review of those recommendations shall be
in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

                        Dated this 15th  day of June,  2005.
                        Bruce Rifkin, Clerk of Court

                        By s/ JUDITH NOTHERN
                          Judith Nothern,  Deputy Clerk