UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JEROME WILSON, | ) | CASE NO. C05-0451-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | UNOPPOSED MOTION FOR EQUAL |
| JO ANNE B. BARNHART, | ) | ACCESS TO JUSTICE ACT FEES |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff moved this Court for an award of attorney's fees in the amount of $6,700.32 and expenses in the amount of $32.14, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $307.40, pursuant to 28 U.S.C. § 1920. (Dkt. 23) By Order of the Honorable John C. Coughenour, this motion was referred to the undersigned for a ruling. (Dkt. 24) Defendant advised the Court that it does not object to plaintiff's motion. (Dkt. 25)

The Court therefore GRANTS plaintiff's motion for attorney's fees in the amount of

/ / /

/ / /

/ / /

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE -1

$6,700.32, expenses in the amount of $32.14, and costs in the amount of $307.40. The Clerk shall send a copy of this order to all counsel of record and to Judge Coughenour.

DATED this 20th day of December, 2005.

Mary Alice Theiler
United States Magistrate Judge